AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One Gold Motorola Celluar Phone<br>Model Number XT1765<br>IMEI 354135092462288 | )<br>)<br>)<br>)<br>)<br>) |

Case No.

**FILED**

**DEC 0 7 2018**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**18MJ6202**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ____Southern____ District of ____California____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex trafficking of children by force, fraud, or coercion. |
| 18 U.S.C. § 1594 | Conspiracy to sex traffic children by force, fraud, or coercion. |
| 18 U.S.C. § 2422 | Coercion and enticement of a minor. |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jeremy Fisher, Special Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/7/18__

_____
*Judge's signature*

City and state:  San Diego, CA

Bernard G. Skomal, United States Magistrate Judge
*Printed name and title*

1   **AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

2        I, Jeremy Fisher, Special Deputy United States Marshal, being duly sworn,

3   hereby state as follows:

4   **Introduction**

5        1.    I make this affidavit in support of an application for a warrant to search

6   the following electronic device, as further described in Attachment A, and seize

7   evidence of violations of Federal law, namely 18 U.S.C. §§ 1591, 1594 and 2422,

8   as further described in Attachment B:

9                      Gold Motorola Cellular Phone

10                     Model Number XT1765
    IMEI 354135092462288

11                     (the "**Target Telephone**")

12  This search supports an investigation and prosecution of Hezekiah L'Darius

13  Braxton-Payton ("PAYTON"), who is charged with committing the crimes

14  mentioned above. A factual explanation supporting probable cause is set forth

15  below.

16       2.    The **Target Telephone** was seized from PAYTON at the time of his

17  arrest for violation of 18 U.S.C. §§ 1591, 1594 and 2422. It is currently in the

18  possession of the San Diego Human Trafficking Task Force (the "SDHTTF"),

19  which is located at 9245 Chesapeake Drive, San Diego, California 92123.

20       3.    Based on my training and experience and the facts as set forth in this

21  affidavit, there is probable cause to believe that a search of the **Target Telephone**,

22  as described in Attachment A, will produce evidence of the aforementioned crimes,

23  as further described in Attachment B.

24       4.    The information set forth in this affidavit is based on my own personal

25  knowledge, knowledge obtained from other individuals during my participation in

26  this investigation, including other law enforcement officers, my review of

27  documents and computer records related to this investigation, communications with

1

others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of obtaining a search warrant for the **Target Telephone**, it does not set forth each and every fact that I or others have learned during the course of this investigation, but only contains those facts believed to be necessary to establish probable cause.

## Experience and Training

5. I am cross-sworn as a Special Deputy United States Marshall for participating in the "SDHTTF. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and am empowered to investigate and make arrests for violations of U.S. criminal laws.

6. I have been a Peace Officer employed by the San Diego County Sheriff's Department for over two years. I was previously a Peace Officer for the City of El Cajon from February 2013 through October 2015. During that time, I was an operator on the El Cajon SWAT team, recipient of the Rookie of the Year award, and the recipient of medals for Bravery/Life Saving and multiple commendations. While assigned to patrol for five years, I worked one year as a traffic investigator. While working in these two assignments, I have conducted or assisted in preliminary investigations of over five hundred cases in regards to crimes of violence, including assaults, sexual assaults, assaults with weapons, batteries, domestic violence, shootings, stabbings, attempted murders and murders.

7. Prior to my employment as a Peace Officer, I was a soldier in the United States Army, and a member of the Airborne Rangers.

8. I am currently assigned to the Sheriff's Department Special Investigations Division, Human Trafficking Task Force. I have assisted and/or been involved in investigating over twenty Human Trafficking investigations during my time at the Task Force.

2

9. I currently investigate prostitution, pimping, pandering, human trafficking, and sexual exploitation and sex trafficking of minors, all as part of the SDHTTF. I have received numerous hours of specialized training in investigations of these various crimes, including training on investigation commercial sex trafficking, prostitution, pimping/pandering and other related crimes. These trainings include 40 hours of specialized training at the ICI-Human Trafficking course and 8 hours of training on "The Human and Sex Trade."

10. My primary duty is to investigate human trafficking incidents throughout San Diego County and to assist other investigators assigned to the SDHTTF. Through speaking with my partners, I have learned about the culture surrounding these crimes, as well as the physical and emotional abuse endured by victims. From my training and consultation with law-enforcement partners, I am aware that human trafficking is a form of modern-day slavery. Many victims enter into a relationship with their trafficker with promises of a better life while looking for an emotional connection and love; victims then quickly find themselves in a life of physical and emotional abuse they cannot or will not leave.

11. Through my training, experience, and consultation with other law enforcement officers, I have also learned that cellular phones can store and contain communications, records, and data including but not limited to emails, text messages, photographs, audio files, videos, social-media application data (e.g., data from Facebook, WhatsApp, and other applications), and location data:

a. tending to indicate efforts to entice, coerce, or manage individuals conducting commercial sex acts and to promote such activities (e.g., directing the activity and behavior of individuals conducting commercial sex work and posting advertisements of their availability);

b. tending to identify other facilities, storage devices, or services—such as email addresses, account names for social-media accounts, IP

3

1  addresses, phone numbers—that may contain electronic evidence tending to
2  indicate or demonstrate efforts to entice, coerce or manage individuals conducting
3  commercial sex acts and to promote such activities;

4      c.    tending to identify co-conspirators, criminal associates, or
5  others involved in the promotion of commercial sex acts;

6      d.    tending to identify travel to or presence at locations where
7  commercial sex acts have occurred at direction of, or as facilitated by, the persons
8  in control of the cellular telephones;

9      e.    tending to identify the user of, or persons with control over or
10  access to, the cellular telephone; or

11      f.    tending to place in context, identify the creator or recipient of,
12  or establish the time of creation or receipt of communications, records, or data
13  above.

14      12.    Based upon my experience and training, and the experience and
15  training of other agents with whom I have communicated, the evidence of illegal
16  activity described above in paragraphs "a" through "f" is maintained by individuals
17  involved in illicit commercial sex, in property that they and their associates live in
18  and operate (*i.e.*, on their phones), as well as on online accounts such as Snapchat,
19  Twitter, and Facebook, as well as email accounts, which can be accessed on
20  computers and cellular telephones like the **Target Telephone**.

21  **Probable Cause**

22      13.    As part of my duties as a Detective assigned to the SDHTTF, I
23  maintain an undercover Facebook profile (hereinafter "UC-1"). The UC-1 profile
24  has two photographs of a female's buttocks without any face visible, and two
25  photographs of money. The UC-1 profile has a stated age of 16, a location of San
26  Diego, California, and a high school.
27  / /

4

14.     On August 21, 2018, I spoke with a Minor Female trafficking victim ("MF-1"). I also seized her phone and searched it pursuant to a state search warrant. Upon reviewing the phone, I discovered conversations between MF-1 and an individual identified as "Hezekiah." The conversations appeared to be "Hezekiah" trafficking MF-1 to perform commercial sex acts.  I searched for the name "Hezekiah" on Facebook using UC-1 and discovered the Facebook profile "Hezekiah Payton" associated with a Facebook account ("Facebook Account 1"). On or about October 9, 2018, I sent a "Friend"-request from UC-1 to Facebook Account 1.  Other than that "Friend"-request, I did not initiate any conversation with the profile.

15.     On October 10, 2018, someone using Facebook Account 1 contacted me via UC-1 using the Facebook Messenger application.[1]  Between October 10, 2018 and November 14, 2018, San Diego Deputy Sheriff Whitney Worthington and I communicated frequently with that individual using Facebook Account 1, as well as a second account ("Facebook Account 2"), and to phone number (619) 530-6064 (*i.e.*, the **Target Telephone**), as directed by him.[2]

16.     On October 19, 2018, Deputy Worthington and I were able to obtain identifying information for the user of Facebook Account 1 and Facebook Account

---

[1] Facebook Messenger is a free mobile-messaging application used for instant messaging, sharing photos, videos, audio recordings and for group chats. The application, which is free to download, can be used to communicate with an account-holder's "Friends" on Facebook and with the holder's phone contacts. I am aware that Facebook users can change the names on their accounts and make them differ from the actual account name; for example, Facebook Account 1 had the public name "Hezekiah Payton" but the actual name to be searched as set forth in Attachment A is different.

[2] To maintain the appearance that UC-1 belonged to a minor female, Deputy Worthington communicated with PAYTON via text and voice calls using the **Target Telephone**.

1    2. In phone calls and text communications with the individual using the **Target**
2    **Telephone**, Deputy Worthington confirmed that his name was in fact "Hezekiah
3    Payton." I then reviewed the name "Hezekiah Payton" in law-enforcement
4    databases and located a photograph in California Department of Motor Vehicle
5    ("DMV") records for one "Hezekiah L'Darius Braxton-Payton" from San Diego.[3]
6    I compared the DMV photograph with the photographs associated with the
7    Facebook profiles for Facebook Account 1 and Facebook Account 2 and confirmed
8    that PAYTON was in fact the user of the both accounts.

9         17.   On October 10, 2018, I replied to a message from PAYTON, who was
10   texting UC-1 from Facebook Account 1. Over the course of four days, PAYTON
11   communicated with UC-1 in a way that I, from my training and experience,
12   recognized as efforts to recruit UC-1 to work as a prostitute for him. The following
13   is an extract from the approximately 111 messages that PAYTON (using the
14   Facebook Messenger application associated with Facebook Account 1) had with
15   UC-1:

| Conversation Begins: October 10, 2018 at approximately 1100 hours | |
| --- | --- |
| **Name** | **Message** |
| Hezekiah Payton | Wassup mamas , wyo |
| UC-1 | Nuttin |
| UC-1 | U |
| UC-1 | Tf u thank im on |
| Hezekiah Payton | Lol i was just making sure .. you still in Vegas? |
| UC-1 | Nah I git driv there 2 times a month |

[3] In general, law enforcement has access to databases containing background information about individuals, such as DMV photos and registrations and criminal histories.

| UC-1 | No licens yit |
|---|---|
| UC-1 | U in Vegas |
| Hezekiah Payton | Nah I'm in Arizona |
| Hezekiah Payton | I'm from San Diego tho |
| Hezekiah Payton | You ever come to Arizona? |
| UC-1 | I stay in dago |
| UC-1 | Nah I never been |
| UC-1 | Ingotta sneak out when ma auntie at work |
| Hezekiah Payton | It's some $ out here |
| Hezekiah Payton | You got some pictures? |
| UC-1 | Lik what kind |
| Hezekiah Payton | It don't matter |
| UC-1 | Really hm i make in a wken |
| Hezekiah Payton | Huh? |
| UC-1 | U said lots of $ there |
| Hezekiah Payton | Ohh idk it depends on what yo hoein is about ... You should be able to make a few bands[4] easy |
| UC-1 | Ima sneak a pic 4 u |
| Hezekiah Payton | Okay thanks mamaa |
| Hezekiah Payton | Mamas |
| UC-1 | Idk ne one out there…where to go |
| *Continued Conversation…* | |
| Hezekiah Payton | You don't gotta man? |
| UC-1 | Wht u do in Arizona |

---

[4] Based on my training and experience, I am aware that the term "Bands" commonly refers to $1,000 in U.S. currency.

| Hezekiah Payton | Rn ? I just be working ..I had some toes[5] but they in Cali |
| UC-1 | Nah fools try but don't come correc |
| Hezekiah Payton | What's your nationality? |
| UC-1 | Lebanese n Mexican |
| UC-1 | No hoes ne more poor daddy[6] 😭😭 |
| UC-1 | Hehe |
| Hezekiah Payton | Yeah I know 😭😭 |
| UC-1 | Who keepn u fed |
| Hezekiah Payton | Myself lol I work |
| UC-1 | U watch out 4 them from az |
| Hezekiah Payton | Why ? You tryna feed me ? |
| Hezekiah Payton | Nah I just don't fw them ..I'm tryna beat a case |
| UC-1 | If u git me outta here |
| Hezekiah Payton | You real right ? |
| UC-1 | U real or fake ass |
| Hezekiah Payton | Lmao you know I'm real you see all my pics |
| UC-1 | me 2 |
| Hezekiah Payton | No face pics |
| UC-1 | Ma auntie keeps deleting my stuff cuz I get caught ona date |

---

[5] Based on my training and experience, I know that "toes" is a term commonly used in the world of commercial sex to refer to women who work for a pimp. Oftentimes the reference includes a number divisable by ten. So for example, "twenty toes" would denote two women.

[6] Based on my training and experience, I know that pimps involved in trafficking women for commercial sex will often be referred to by the women they are trafficking as "Daddy."

8

| Hezekiah Payton | Damn smh |
|---|---|
| UC-1 | Wht case u got |
| UC-1 | u actin lik u wanna b my daddy hehe |
| Hezekiah Payton | Just investigations for the pimpin shit |
| UC-1 | dang u good? |
| Hezekiah Payton | Yeah babes |
| Hezekiah Payton | [Sends a pornographic video of a male and female having "doggy style" sexual intercourse] |
| *Continued Conversation...* | |
| UC-1 | how you get me ther |
| Hezekiah Payton | If you was my bitch & we was on some money shit |
| UC-1 | so I shud look somewhere els |
| Hezekiah Payton | If that's what you wanna do feel free .. but if you wanna fwm then show me |
| UC-1 | like how |
| Hezekiah Payton | Well first I need to see some more pictures.. or something .. send me a voice recording so I know you're you |
| UC-1 | I had a female deputy send a 2 second voice message: "hey daddy you happy now?" |
| Hezekiah Payton | Lol yea |
| UC-1 | so how it gunna b |
| Hezekiah Payton | When you wanna come ? |
| UC-1 | u tell me. Idk how u wrk or nothing yet |
| UC-1 | when u want me n everything |
| Hezekiah Payton | Are you making money out there? |

9

| UC-1 | i sneak out when ma auntie goes to sleep. i mak mostly late or weknd |
|---|---|
| Hezekiah Payton | How old are you |
| UC-1 | 16..dont b mad |
| Hezekiah Payton | Sheesh |
| UC-1 | im on grown folk bines tho |
| UC-1 | U leave me |
| Hezekiah Payton | Nah |
| | *Continued Conversation...* |
| | **October 14-15, 2018 at 2246 hours** |
| UC-1 | I mad good money (money bag emoji) this wknd |
| Hezekiah Payton | How much? |
| UC-1 | 600 evn though it (rain cloud emoji) sat |

18.   Following this discussion, UC-1 received communications from Facebook Account 2. The user of Facebook Account 2 indicated that it was the same person who had been using Facebook Account 1 (*i.e.*, PAYTON), and told UC-1 in substance that Facebook Account 1 had been suspended. PAYTON continued the conversation with UC-1 using Facebook Account 2:

| **October 15ᵗʰ at 1045 hours** | |
|---|---|
| Solo Luciano | You got 600? |
| UC-1 | is this hez |
| Solo Luciano | Yea |
| UC-1 | u change ur stuff |
| UC-1 | I get scared 4 a min |
| Solo Luciano | Fb jail |

| UC-1 | ??? |
| Solo Luciano | So I can't post or send messages |
| *Continued Conversation...* | |
| UC-1 | so whts good |
| Solo Luciano | You tell me |
| Solo Luciano | Send me some |
| UC-1 | u got a fee or… |
| Solo Luciano | Usually a band |
| UC-1 | if u 4 real then let me now |
| UC-1 | if so  can use ma friend 2 send from Walmart |
| UC-1 | but i need 2 now u ain playin or stealin ma hard urn (money emoji) |
| Solo Luciano | Just send like 200/300 |
| UC-1 | then wht |
| Solo Luciano | You tell me |
| Solo Luciano | Lol I feel like you playin |
| UC-1 | u the one jus expect me 2 giv u ma (money emoji) n not say nuttin 2 make me feel coo w it ya now? |
| Solo Luciano | You already know if you my bitch I gotchu .. imam come get you when I get my car fixed |

19.    In continued conversations with UC-1, PAYTON (using Facebook Account 2) requested that UC-1 send him money. As part of these communications, and to continue the communications, I arranged with San Diego County Sheriff's Deputy Yoder, who also participates in the SDHTTF, to send money to PAYTON. In these communications, UC-1 made apparent to PAYTON that she was willing to send him money and that she conducts commercial sex acts; PAYTON's responses

indicate to me that he understood UC-1's activity and wanted her to send money to him.

| Continued Conversation... | |
|---|---|
| UC-1 | hey she says i need ur name n numba |
| Solo Luciano | 6195306064 |
| Solo Luciano | You know my name |
| UC-1 | ur name is on da other count |
| Solo Luciano | Yea |
| Solo Luciano | Hezekiah Payton |
| UC-1 | sen it daddy |
| Solo Luciano | You got the receipt? |
| UC-1 | Yuh |
| Solo Luciano | Let me see |
| Solo Luciano | Imma need the info |
| UC-1 |  |
| UC-1 | let me kno u get it |
| Solo Luciano | What's he person that sent it? |
| Solo Luciano | The first and last name of the person who sent it |

| | |
|---|---|
| Solo Luciano |  |
| UC-1 | Nicole Anderson, ma girl |
| Solo Luciano | Okay |
| Solo Luciano |  |
| | *Continued Conversation...* |
| UC-1 | do i gotta when im bleedin? [7] I hurt durin that time |
| Solo Luciano | If you don't want to you don't have to |
| UC-1 | im good w waitn i can git u mor for da fee |
| Solo Luciano | Alright baby girl |
| UC-1 | so how many dates n whts da prices lik there |
| Solo Luciano | Let me get some pictures of you |

---

[7] I was asking if I had to perform sexual acts during while menstruating.

| Solo Luciano | So I can see if I can set something up |
|---|---|
| UC-1 | lik a page |
| Solo Luciano | App |
| UC-1 | K |

20.    As documented in the above communications, on October 15, 2018, at approximately 1211 hours, a San Diego Sherriff's Deputy ("SDSD") sent PAYTON $192 in cash. Subsequently, on October 19, 2018, at approximately 1650 hours, another SDSD sent PAYTON $192 in cash at PAYTON'S insistence in order to prove that UC-1 wanted to work for him.   The total amount of money sent to PAYTON as part of the undercover operations was $384.

21.    Following the communications in October 2018, PAYTON became unreliable and said he was not going to be coming back to San Diego.  Based on the conversation, I advised Deputy Worthington to stop conversing with PAYTON on October 27, 2018.

22.    Deputy Worthington had no further communications with PAYTON until November 6, 2018.  On that date, at approximately 1524 hours, PAYTON initiated contact with Deputy Worthington via Facebook Messenger, and PAYTON then exchanged text messages with Deputy Worthington using the **Target Telephone**.  After some small talk, the conversation turned back to the topic of pimping/pandering as follows:[8]

| 2018/11/06 | 03:33:55 PM PST | 619-530-6064 | SMS | Incoming | I'm in eastlake |
|---|---|---|---|---|---|
| 2018/11/06 | 03:37:47 PM PST | 619-530-6064 | SMS | Outgoing | U still tryin to fuck wit me? |

---

[8] Incoming represents PAYTON and outgoing represents Deputy Worthington.

14

| 2018/11/06 | 03:38:06 PM PST | 619-530-6064 | SMS | Incoming | Yea, unless you gotta nigga |
|---|---|---|---|---|---|
| 2018/11/06 | 03:40:11 PM PST | 619-530-6064 | SMS | Outgoing | Nah I'm still tryin to work that out. Wats the deal? |
| 2018/11/06 | 03:41:56 PM PST | 619-530-6064 | SMS | Incoming | Shit you tell me |
| 2018/11/06 | 03:47:39 PM PST | 619-530-6064 | SMS | Outgoing | Im ready to go but u havent told me anything plus u disappeared on me |
| 2018/11/06 | 03:49:51 PM PST | 619-530-6064 | SMS | Incoming | No I didn't , just been tryna get my shit together & save some bread , waiting for this apartment.. I got 2 weeks left |
| 2018/11/06 | 03:53:04 PM PST | 619-530-6064 | SMS | Outgoing | U tryna take me to Az wit u? |
| 2018/11/06 | 03:53:33 PM PST | 619-530-6064 | SMS | Incoming | Yeah |
| 2018/11/06 | 03:56:19 PM PST | 619-530-6064 | SMS | Outgoing | Where am I gonna stay? |
| 2018/11/06 | 03:56:34 PM PST | 619-530-6064 | SMS | Incoming | Wit me |
| 2018/11/06 | 03:57:12 PM PST | 619-530-6064 | SMS | Outgoing | Wen u tryna leave? |
| 2018/11/06 | 03:57:32 PM PST | 619-530-6064 | SMS | Incoming | You read what I just told you ? |
| 2018/11/06 | 03:58:17 PM PST | 619-530-6064 | SMS | Outgoing | Tell me wat? |
| 2018/11/06 | 03:58:33 PM PST | 619-530-6064 | SMS | Incoming | Lol nothing |

| | | | | | |
|---|---|---|---|---|---|
| 2018/11/06 | 04:02:51 PM PST | 619-530-6064 | SMS | Outgoing | R u waiting the 2 weeks out here? |
| 2018/11/06 | 04:03:07 PM PST | 619-530-6064 | SMS | Incoming | Yea |
| 2018/11/06 | 04:06:26 PM PST | 619-530-6064 | SMS | Outgoing | Wat r u tryin to do? |
| 2018/11/06 | 04:12:51 PM PST | 619-530-6064 | SMS | Incoming | It don't matter |
| 2018/11/06 | 04:15:26 PM PST | 619-530-6064 | SMS | Incoming | Get some bread |
| 2018/11/06 | 04:17:53 PM PST | 619-530-6064 | SMS | Outgoing | Wen do u want me ready? |
| 2018/11/06 | 04:19:49 PM PST | 619-530-6064 | SMS | Incoming | Idk yet |
| 2018/11/06 | 04:35:58 PM PST | 619-530-6064 | SMS | Outgoing | Wats ur gonna cost me cuz I'm about to start my period |
| 2018/11/06 | 04:38:11 PM PST | 619-530-6064 | SMS | Incoming | Damn , how long does it last? |
| 2018/11/06 | 04:41:25 PM PST | 619-530-6064 | SMS | Outgoing | Like a few days |
| 2018/11/06 | 04:41:47 PM PST | 619-530-6064 | SMS | Incoming | Okay |
| 2018/11/06 | 04:41:59 PM PST | 619-530-6064 | SMS | Incoming | You got anything saved ? |
| 2018/11/06 | 04:43:11 PM PST | 619-530-6064 | SMS | Outgoing | I got like 500 |
| 2018/11/06 | 04:43:23 PM PST | 619-530-6064 | SMS | Incoming | Alright |
| 2018/11/06 | 04:47:18 PM PST | 619-530-6064 | SMS | Incoming | Lemme get some |
| 2018/11/06 | 04:48:08 PM PST | 619-530-6064 | SMS | Outgoing | How much? |

| 2018/11/06 | 04:48:24 PM PST | 619-530-6064 | SMS | Incoming | Idc |
|---|---|---|---|---|---|
| 2018/11/06 | 04:54:23 PM PST | 619-530-6064 | SMS | Incoming | Idc |
| 2018/11/06 | 04:54:28 PM PST | 619-530-6064 | SMS | Incoming | It don't matter |
| 2018/11/06 | 04:59:21 PM PST | 619-530-6064 | SMS | Incoming | Can I get 150? |
| 2018/11/06 | 05:08:20 PM PST | 619-530-6064 | SMS | Incoming | If not just let me know |
| 2018/11/06 | 05:18:16 PM PST | 619-530-6064 | SMS | Outgoing | Ya I can meet u tmrrw n give it to u |
| 2018/11/06 | 05:19:18 PM PST | 619-530-6064 | SMS | Incoming | Where at ? I got work alllll day tomorrow today's my last day off 😩 |
| 2018/11/06 | 05:21:27 PM PST | 619-530-6064 | SMS | Outgoing | I thought u worked in Az? |
| 2018/11/06 | 05:21:45 PM PST | 619-530-6064 | SMS | Incoming | No I'm in San Diego now |

23.     Based on the above conversation, investigators arranged for PAYTON to meet UC-1 at the Berry Street Park, located in Lemon Grove, San Diego, between 2000 and 2100 hours on November 7, 2018.  During the conversation leading up to the meet, PAYTON exchanged the following text messages with UC-1 using the **Target Telephone**:

| 2018/11/07 | 12:01:46 PM PST | 619-530-6064 | SMS | Incoming | What time you wanna meet ? |
|---|---|---|---|---|---|
| 2018/11/07 | 12:01:52 PM PST | 619-530-6064 | SMS | Incoming | I'm free all day |

| | | | | | |
|---|---|---|---|---|---|
| 2018/11/07 | 12:05:31 PM PST | 619-530-6064 | SMS | Outgoing | Ok lemme see wat time my auntie gonna be home n stuff |
| 2018/11/07 | 12:18:15 PM PST | 619-530-6064 | SMS | Incoming | Ok let me know |
| 2018/11/07 | 12:41:28 PM PST | 619-530-6064 | SMS | Outgoing | I can meet u like 8 or 9 tonite |
| 2018/11/07 | 01:27:38 PM PST | 619-530-6064 | SMS | Incoming | Where |
| 2018/11/07 | 01:41:04 PM PST | 619-530-6064 | SMS | Outgoing | Berry street park |
| 2018/11/07 | 01:50:45 PM PST | 619-530-6064 | SMS | Incoming | Okay |
| 2018/11/07 | 07:17:20 PM PST | 619-530-6064 | SMS | Incoming | Can you drop it at Walmart? & Then we can link up ? Imma need Uber or bus fare to get to you but I live right by Walmart |
| 2018/11/07 | 07:21:01 PM PST | 619-530-6064 | SMS | Outgoing | I can send u an Uber but I cant go to Walmart |
| 2018/11/07 | 07:40:37 PM PST | 619-530-6064 | SMS | Incoming | Alright |
| 2018/11/07 | 07:42:58 PM PST | 619-530-6064 | SMS | Outgoing | Where do u want me to send the Uber? |
| 2018/11/07 | 07:48:55 PM PST | 619-530-6064 | SMS | Incoming | When do you want to link ? |
| 2018/11/07 | 07:53:06 PM PST | 619-530-6064 | SMS | Outgoing | I can send it around 9. Give me enough time to get to u |
| 2018/11/07 | 07:55:10 PM PST | 619-530-6064 | SMS | Incoming | Okay |

18

1     24.    At approximately 2106 hours, PAYTON advised via text message that
2 he was able to get a car, so he no longer needed an Uber. At about 2112 hours, he
3 advised he was on his way to Berry Street Park to pick up UC-1. PAYTON was
4 expecting to receive $150, which he believed UC-1 had been saving from her
5 earnings received by way of prostitution.

6     25.    PAYTON arrived at the park at approximately 2130, accompanied by
7 a male juvenile. Both PAYTON and the male juvenile were taken into custody and
8 transported back to the Lemon Grove Sherriff's station. The male juvenile was later
9 released to the care of his mother.

10     26.    At the time of the arrest, investigators seized a phone that PAYTON
11 had in his possession. Investigators dialed the phone number for the **Target**
12 **Telephone**, and the seized phone rang in response.

13     27.    I advised PAYTON of his *Miranda* rights, which he waived and agreed
14 to speak with me. He initially stated that he was in the park to smoke and denied
15 any knowledge about meeting with a minor female. PAYTON then admitted that
16 he was at the park to meet with a female and that he was there to get some "bread."
17 PAYTON stated that he did not remember that the girl was 16-years-old. He said
18 that had the girl been there, then he would have "took the bread, said thank you, and
19 went on my way…"

20     28.    When I asked PAYTON about MF-1, he admitted that he met her
21 through her sister, knew how old she was, and drove her around town while she
22 performed commercial sex acts. He stated that MF-1 was prostituting before he met
23 her. He also stated that he would receive money from her for driving her to different
24 locations. When confronted about aggressive messages from PAYTON to MF-1,
25 PAYTON stated that she was not being responsive and so he became mad at MF-1.
26 //
27 //

19

1

**Procedures for Electronically Stored Information**

2          29.    It is not possible to determine, merely by knowing the cellular
3   telephone's make, model and serial number, the nature and types of services to
4   which the device is subscribed and the nature of the data stored on the device.
5   Cellular devices today can be simple cellular telephones and text message devices,
6   can include cameras, can serve as personal digital assistants and have functions such
7   as calendars and full address books and can be mini-computers allowing for
8   electronic mail services, web services and rudimentary word processing.    An
9   increasing number of cellular service providers now allow for their subscribers to
10   access their device over the internet and remotely destroy all of the data contained
11   on the device.  For that reason, the device may only be powered in a secure
12   environment or, if possible, started in "flight mode" which disables access to the
13   network.  Unlike typical computers, many cellular telephones do not have hard
14   drives or hard drive equivalents and store information in volatile memory within
15   the device or in memory cards inserted into the device. Current technology provides
16   some solutions for acquiring some of the data stored in some cellular telephone
17   models using forensic hardware and software.  Even if some of the stored
18   information on the device may be acquired forensically, not all of the data subject
19   to seizure may be so acquired.  For devices that are not subject to forensic data
20   acquisition or that have potentially relevant data stored that is not subject to such
21   acquisition, the examiner must inspect the device manually and record the process
22   and the results using digital photography.  This process is time and labor intensive
23   and may take weeks or longer.

24          30.    Following the issuance of this warrant, I will collect the subject
25   cellular telephone and subject it to analysis.  All forensic analysis of the data
26   contained within the telephone and its memory cards will employ search protocols

27

20

1  directed exclusively to the identification and extraction of data within the scope of
2  this warrant.

3      31.    Based on the foregoing, identifying and extracting data subject to
4  seizure pursuant to this warrant may require a range of data analysis techniques,
5  including manual review, and, consequently, may take weeks or months. The
6  personnel conducting the identification and extraction of data will complete the
7  analysis within ninety (90) days of the date the warrant is signed, absent further
8  application to this court.

9                    **Genuine Risk of Destruction of Evidence**

10     32.    Based upon my experience and training, and the experience and
11  training of other agents with whom I have communicated, electronically stored
12  data can be permanently deleted or modified by users possessing basic computer
13  skills. In this case, only if the subject receives advance warning of the execution
14  of this warrant, will there be a genuine risk of destruction of evidence.

15                    **Prior Attempts to Obtain This Evidence**

16     33.    Outside of what is outlined above, the United States has not attempted
17  to obtain this data by other means.

18                            **Request for Sealing**

19     34.    It is further respectfully requested that this Court issue an Order
20  sealing, with disclosure permitted to defendant's counsel pursuant to an early
21  disclosure agreement or Rule 16, Fed. R. Crim. P. or until further order of this court,
22  all papers submitted in support of this Application, including the Application,
23  Affidavit, Attachments and Search Warrant, and the requisite inventory notice.
24  This is an ongoing investigation and though Payton is now in custody, neither he
25  nor any related subjects of interest are aware of the full scope of this ongoing
26  investigation. Specifically, the Government believes that at least one individual
27  who may be associated with PAYTON manages the commercial sex acts of others;

                                    21

if this warrant is made public, this person could infer that law enforcement may find evidence of his activity and take steps to destroy useful evidence, such as phones or content of social-media accounts.

35.    In sum, it is likely, based upon the above, that evidence of the crimes under investigation exists on social-medial accounts subject to Payton's control or that of the person possibly associated with him who oversees commercial sex acts of others. Accordingly, should this warrant become public, that could lead to the destruction of valuable evidence in the possession of at least one other person conducting similar conduct. There is thus reason to believe, based on the above, that premature disclosure of the existence of the warrant will result in destruction or tampering with that evidence and seriously jeopardize the success of the investigation.

36.    In addition, pursuant to Title 18, United States Code, Section 2705(b), it is requested that this Court order the electronic service provider to whom this warrant is directed not to notify anyone of the existence of this warrant, other than its personnel essential for compliance with the execution of this warrant until June 2, 2019 absent further order of the Court.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

22

## Conclusion

42.   Based on the foregoing, I respectfully submit that there is probable cause to believe that evidence of violations of 18 U.S.C. §§ 1591, 1594 and 2422, as further described in Attachment B,  are likely to be found in the property to be searched, as described in Attachment A.

Jeremy J. Fisher
Special Deputy
United States Marshall

Subscribed and sworn before me this _7_ day of December, 2018.

HONORABLE BARBARA L. MAJOR
United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## ATTACHMENT A

This warrant applies to the following telephone (the "**Target Telephone**")

    A Gold Motorola Cellular Phone

    Model Number XT1765

    IMEI 354135092462288

The **Target Telephone** is currently stored at San Diego Human Trafficking Task Force, which is located at 9245 Chesapeake Drive, San Diego, California 92123.

1

## **ATTACHMENT B**

2      The following evidence to be searched for and seized pertains to violations

3  of 18 U.S.C. §§ 1591, 1594, and 2422.

4      Communications, records, or data including but not limited to emails, text

5  messages, photographs, audio files, videos, or location data, for the period  from

6  May 1, 2018 up to and including November 14, 2018:

7           a. tending to indicate efforts to entice, coerce, or manage individuals

8              conducting commercial sex acts and to promote such activities (*e.g.*,

9              directing the activity and behavior of individuals conducting

10             commercial sex work and posting advertisements of their availability);

11          b. tending to identify other facilities, storage   devices, or services—

12             such as email addresses, account names for social-media accounts, IP

13             addresses, phone numbers—that may contain electronic evidence

14             tending to indicate or demonstrate efforts to entice, coerce or manage

15             individuals conducting commercial sex acts and to promote such

16             activities;

17          c. tending to identify co-conspirators, criminal associates, or others

18             involved in the promotion of commercial sex acts;

19          d. tending to identify travel to or presence at locations where commercial

20             sex acts have occurred at direction of, or as facilitated by, the persons

21             in control of the cellular telephones;

22          e. tending to identify the user of, or persons with control over or access

23             to, the cellular telephone; or

24          f. tending to place in context, identify the creator or recipient of, or

25             establish the time of creation or receipt of communications, records, or

26             data above.

27

25